UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



HAROLD THOMAS (#409385)

VERSUS

CIVIL ACTION NO.: 08-154-JVP-SCR

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND CORRECTIONS,
ET AL

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated March 17, 2008. Plaintiff has filed an objection (doc. 5) which merely restates legal argument and does not require *de novo* factual findings under 28 U.S.C. § 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's complaint shall be **DISMISSED** without prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and 42 U.S.C. § 1997e.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, May 8, 2008.

                                        JOHN V. PARKER
                                        UNITED STATES DISTRICT JUDGE
                                        MIDDLE DISTRICT OF LOUISIANA